# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# REDDING BRANCH

UNITED STATES OF AMERICA                  CASE NO. 3:08-mj-0014 CMK

    vs.                                              ORDER TO PAY

    TAMMY REAVIS

The Defendant, having been found guilty of violating 21 USC 844(a), possession of a controlled substance, after entry of a guilty thereto, is

ORDERED TO PAY THE FOLLOWING:

    Fine: $990.00                              Assessment: $10.00

(X)    FINE AND ASSESSMENT TOTAL OF $1,000.00 is all due and payable forthwith

DATED: March 3, 2009

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE